IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEBORAH GALLENTINO,

    Plaintiff,

v.                              CASE NO.: 4:08 CV 338-SPM/WCS

FLORIDA CERTIFICATION BOARD,
INC.,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE

This cause comes before the Court for consideration of Defendant's Motion for Summary Judgment (doc. 18), Defendant's Statement of Facts in support (doc. 19), Defendant's Notice of Filing in support (doc. 20), and Plaintiff's Response in opposition (doc. 21).

As acknowledged by the Plaintiff and Defendant (doc. 21), the bankruptcy trustee's substitution will render the standing issue moot. Plaintiff and her counsel have taken steps towards substitution (doc. 21). Defendant's motion with respect to the standing issue is denied to allow the bankruptcy trustee thirty days to be substituted as the plaintiff in this case.

The parties also acknowledge that the judicial estoppel issue should be

addressed after the substitution is accomplished.  (doc. 21.)  Defendant may raise the judicial estoppel issue by separate motion.  Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. Defendant's motion for summary judgment (doc. 18) is denied.

2. Defendant may raise its judicial estoppel argument by separate motion.

3. Plaintiff shall have up to and including February 20, 2009, to file and serve the Motion to Substitute Bankruptcy Trustee.

DONE AND ORDERED this 22nd day of January, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 4:08 CV 338-SPM/WCS