IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEBORAH GALLENTINO,

    Plaintiff,

v.                                          CASE NO.: 4:08cv338-SPM/WCS

FLORIDA CERTIFICATION BOARD,

    Defendant.

_____/

### ORDER OF DISMISSAL

Pursuant to the Mediation Report (doc. 35) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 5th day of March, 2009.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge